# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Perkin, Henry S. | Pennsylvania-Eastern District | 06/19/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

504 Hamilton Street
Suite 4401
Allentown, PA 18101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Lehigh County Employee Retirement Plan with Lehigh County, Pennsylvania, former employer |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Service Electric Cable T.V., Inc.; Value of cable service for permitting access to investment properties formerly owned. | $1,529.16 |
| 2. | 2013 | County of Lehigh Pension | $35,218.80 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | March 22 & 23, 2013 | Waldorf Astoria Hotel, New York, NY | Annual Dinner | Lodging New York City and transportfor the annual dinner honoring the Federal Judiciary; March 22 & 23, 2013 |
| 2. | Pennsylvania Bar Association | July 24, 2013 | Toftrees Golf Resort and Conference Center | Presenter at the Young Lawyers Confernce | Lodging and dinner |
| 3. | U.S. Magistrate's Judges Workshop | July 29 - 31, 2013 | San Diego, CA | Judicial Conference | Lodging, dinner, conference cost and airfare |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  American Bank (Bank Accounts and CDs) | A | Interest | K | T | | | | | |
| 2.  KNBT - Bank Accounts | A | Interest | K | T | | | | | |
| 3.  PNC - Bank Accounts & CDs | A | Interest | J | T | | | | | |
| 4.  Firstrust Savings Bank - IRA CD | A | Interest | K | T | | | | | |
| 5.  American Heritage Federal Credit Union (Bank Accounts and CDs) | C | Interest | M | T | | | | | |
| 6.  GE Capital Retail Bank CD | A | Interest | L | T | Open | 09/27/13 | K | | Inheritance |
| 7.  Team Capital Bank | A | Interest | M | T | Open | 09/27/13 | M | | Inheritance |
| 8.  IRA #8 | | | | | | | | | |
| 9.  -Air Products and Chemicals Common Stock | A | Dividend | J | T | | | | | |
| 10. -Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. -Boeing Company Common Stock | A | Dividend | K | T | | | | | |
| 12. -Consolidated Edison, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 13. -Cross Timbers Royalty Trust Common Stock | B | Dividend | | | Sold | 02/01/13 | K | | |
| 14. -Pepsico, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 15. -Proctor & Gamble Company Common Stock | A | Dividend | J | T | | | | | |
| 16. -Powershares Global Water PT | A | Dividend | J | T | | | | | |
| 17. -Powershares Aero & Defense | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Streettracks Gold Trust | A | Dividend | J | T | | | | | |
| 19. -PrimeVest Financial Serv. (formerly First Southwest)Note 2 | A | Interest | J | T | | | | | |
| 20. -Hartford Inflation Plus C | A | Dividend | J | T | | | | | |
| 21. -ING GNMA Income C | A | Dividend | J | T | | | | | |
| 22. -Kraft Foods, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 23. -Philip Morris International Common Stock | A | Dividend | J | T | | | | | |
| 24. -PPL Corporation | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 25. -Mondelez International Inc. | A | Dividend | J | T | | | | | |
| 26. The Hartford 457 Plan | | | | | | | | | |
| 27. -General Fund (Money Market Fund) | A | Dividend | K | T | | | | | |
| 28. Brokerage Account #1 | | | | | | | | | |
| 29. -Intel Corporation Common Stock | A | Dividend | J | T | | | | | |
| 30. -Orasure Common Stock | A | Dividend | J | T | | | | | |
| 31. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 32. Abercrombie & Fitch Common Stock | A | Dividend | J | T | | | | | |
| 33. Microsft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 34. IBM Corporation Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Carnival Corporation Common Stock | A | Dividend | J | T | | | | | |
| 36. General Electic Company Common Stock | A | Dividend | J | T | | | | | |
| 37. The Walt Disney Company Common Stock | A | Dividend | J | T | | | | | |
| 38. Merck & Company, Inc. Cmmon Stock | A | Dividend | J | T | | | | | |
| 39. Intel Corporation Common Stock | A | Dividend | J | T | | | | | |
| 40. Xerox Corp. Common Stock | A | Dividend | J | T | | | | | |
| 41. American Bank Inc. Common Stock | A | Dividend | J | T | | | | | |
| 42. American Capital Trust | A | Dividend | J | T | | | | | |
| 43. Vanguard Value Index Fund | B | Dividend | L | T | | | | | |
| 44. Vanguard GNMA Fund Investsors Shares | B | Dividend | K | T | | | | | |
| 45. Vanguard Intermediate Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 46. Dodge & Cox Balanced Fund | B | Dividend | M | T | | | | | |
| 47. Harbor International Fund | B | Dividend | L | T | | | | | |
| 48. Agere - Common Stock | | None | J | T | | | | | |
| 49. Lehigh County Agricultural Society Common Stock | | None | J | T | | | | | |
| 50. IRA #1 | | | | | | | | | |
| 51. - Fidelity Asset Manager 50% | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   IRA #2 | | | | | | | | | |
| 53.   - Fidelity Asset Manager 50% | D | Dividend | M | T | | | | | |
| 54.   IRA #3 | | | | | | | | | |
| 55.   - Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 56.   IRA #4 | | | | | | | | | |
| 57.   - Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 58.   IRA #5 | | | | | | | | | |
| 59.   - TR Price Midcap Growth Fund | B | Dividend | L | T | | | | | |
| 60.   IRA #6 | | | | | | | | | |
| 61.   - Vanguard 500 Index Fund | B | Dividend | M | T | | | | | |
| 62.   IRA #7 | | | | | | | | | |
| 63.   - Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 64.   Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 65.   Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 66.   Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 67.   Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 68.   Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York Life Insurance Co. Universal Life | B | Interest | K | T | | | | | |
| 70. New York Life Insurance Co. Universal Life | A | Interest | K | T | | | | | |
| 71. United States Savings Bonds | B | Interest | M | T | Open | 09/02/13 | K | | Inheritance |
| 72. Citadel Broadcasting System Common Stock | A | Dividend | J | T | | | | | |
| 73. Express Scripts Holding Company Common Stock | | None | J | T | | | | | |
| 74. Fidelity Charitable Gift Fund | A | Dividend | J | T | | | | | |
| 75. VT Pimco - 457 Plan | A | Dividend | J | T | | | | | |
| 76. Santander Bank | C | Interest | N | T | | | | | |
| 77. IRA #9 | | | | | | | | | |
| 78. -Spartan Intl Index Fid Adv Class | A | Dividend | K | T | Open | 10/15/13 | K | | Inheritance |
| 79. -Fidelity Gov't Money Market | A | Interest | J | T | Open | 10/15/13 | J | | Inheritance |
| 80. -Fidelity Low Priced Stock | A | Dividend | K | T | Open | 10/15/13 | K | | Inheritance |
| 81. LSI Corporation Stock | A | Dividend | J | T | | | | | See Note 5 Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 06/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Soverign Bank changed its name to Santander Bank in 2013 (line 75).
2. IRA #8 was previously misidentified as Brokerage Account #1 (line 8).
3. Brokerage Account #2 is now designated as Brokerage Account #1 due to the change referred to in note 2 above (line 27).
4. Mondelez International Inc. is in IRA #8, but was previously incorrectly listed alone (line 25).
5. I didn't realize I held this stock until I learned that LSI Corporation was acquired by Avago Technologies Wireless on May 6, 2014. The LSI Corporation stock was originally acquired as a part of a merger between LSI Corporation and Agere in April of 2007. This stock was converted into a right to receive $11.15 per share when LSI Corporation was acquired providing proceeds of a little more than $66.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry S. Perkin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544